```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 18902
   FRANCES J SINOFSKY
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-8401

-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 05/11/2005 and was confirmed 06/23/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  56.08% from remaining funds.

     The case was paid in full 01/26/2009.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
-------------------------------------------------------------------------------
CITIMORTGAGE INC           CURRENT MORTG    51304.00           .00       51304.00
HARRIS NA                  SECURED          17725.00       1009.35       17725.00
HARRIS NA                  UNSECURED         4223.96           .00        2368.84
AMERICAN EXPRESS TRAVEL    UNSECURED OTH      601.40           .00         337.19
CAPITAL ONE BANK           UNSECURED       NOT FILED           .00             .00
CHASE BANK ONE             UNSECURED         8691.19           .00        4874.11
RESURGENT CAPITAL SERVIC   UNSECURED        19923.32           .00       11173.20
KOHLS                      UNSECURED          316.67           .00         177.59
TARGET NATIONAL BANK       SPECIAL CLASS     5299.96           .00        5299.96
CITIMORTGAGE INC           MORTGAGE ARRE     1516.00           .00        1516.00
PETER FRANCIS GERACI       DEBTOR ATTY       2,700.00                    2,700.00
TOM VAUGHN                 TRUSTEE                                       6,219.76
DEBTOR REFUND              REFUND                                        1,428.60

         Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                   RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE            106,133.60

PRIORITY                                       .00
SECURED                                  70,545.00
     INTEREST                             1,009.35
UNSECURED                                24,230.89
ADMINISTRATIVE                            2,700.00
TRUSTEE COMPENSATION                      6,219.76
DEBTOR REFUND                             1,428.60
                   --------------        --------------
TOTALS             106,133.60            106,133.60



              PAGE   1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 18902 FRANCES J SINOFSKY
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                      /s/ Tom Vaughn
   Dated: 03/05/09                    _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE
```